No. 02–1139. PELICAN v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 02–1146. JAMES ET AL. v. INTERNATIONAL BROTHERHOOD OF LOCOMOTIVE ENGINEERS. C. A. 10th Cir. Certiorari denied.

No. 02–1152. THURMAN v. BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE. Ct. App. La., 1st Cir. Certiorari denied.

No. 02–1158. CASELLA v. PENNSYLVANIA INTEREST ON LAWYERS TRUST ACCOUNT BOARD ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–1159. ALGEE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–1160. ACE/CLEARDEFENSE, INC. v. CLEAR DEFENSE, INC. C. A. D. C. Cir. Certiorari denied.

No. 02–1163. PEREZ v. SUPERIOR COURT OF ARIZONA, PIMA COUNTY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–1166. VOGT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–1177. CHANG QIN ZHENG ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–1184. VYSE v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 02–1193. RODRIGUEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–1200. MARSH & MCLENNAN COS., INC., AND SUBSIDIARIES v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 02–1204. GARCIA ABREGO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.